**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 96-40118
Summary Calendar**

_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**JOSE ANTONIO CAMPOS-MORALES,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court
for the Southern District of Texas
( CR-C-95-159 )**
_____

January 15, 1997

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

José Antonio Campos-Morales appeals his conviction for possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B), asserting that the district court erred in admitting evidence seized during a warrantless search of his truck at a permanent border patrol checkpoint. Because this issue is raised for the first time on appeal, we

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

review only for plain error; we find none.  *See* FED. R. CRIM. P. 12(b)(3), 52(b); ***United States v. Calverley***, 37 F.3d 160, 162-64 (5th Cir. 1994)(en banc); ***United States v. Seals***, 987 F.2d 1102 (5th Cir.), ***cert. denied***, 510 U.S. 853 (1993).

***AFFIRMED***